| | |
|---|---|
| Ellen L. Darling (#149627)<br>Samantha K. Feld (#222612)<br>SNELL & WILMER L.L.P.<br>600 Anton Boulevard, Suite 1400<br>Costa Mesa, California 92626-7689<br>(714) 427-7000<br><br>Attorneys for Defendant<br>PLAYTEX PRODUCTS, INC. | FILED<br>07 NOV -7 PM 2:28<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>BY: _____ DEPUTY |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

'07 CV 2133 JM (BLM)

| | |
|---|---|
| DAVID PAZ, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYTEX PRODUCTS, INC., a Delaware Corporation, and Does 1 through 100, inclusive<br><br>Defendants. | CASE NO.:<br><br>Originally filed in the Superior Court for the State of California, County of San Diego Case No.: 37-2007-00075921-CU-BT-CTL<br><br>**DEFENDANT PLAYTEX PRODUCTS, INC.'S DEMAND FOR JURY TRIAL**<br><br>DATE OF FILING: SEPTEMBER 28, 2007<br>TRIAL DATE: NONE |

Defendant Playtex Products, Inc. hereby demands a trial by jury.

Dated: November 7, 2007                   SNELL & WILMER L.L.P.


By: _____S. Feld_____
Ellen L. Darling
Samantha K. Feld
Attorneys for Defendant
Playtex Products, Inc.

ORIGINAL

554296.1

DEFENDANT PLAYTEX PRODUCTS, INC.'S DEMAND FOR JURY TRIAL

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On _____Nov- 7_____, 2007 I served, in the manner indicated below, the foregoing document described as:

**DEFENDANT PLAYTEX PRODUCTS, INC.'S DEMAND FOR JURY TRIAL**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| PLAINTIFF COUNSEL | John H. Donboli, Esq.<br>J.L. Sean Slattery, Esq.<br>Del Mar Law Group, LLP<br>322 Eighth Street, Suite 101<br>Del Mar, California 92014<br>858.793.6244<br>858.793.6005, fax |
|---|---|

✓ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. §1013(a)(3)).

✓ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on _____Nov- 7_____, 2007, at Costa Mesa, California.

Cheryl Wynn

554296.1

- 2 -

DEFENDANT PLAYTEX PRODUCTS, INC.'S DEMAND FOR JURY TRIAL