Ellen L. Darling (#149627)
Samantha K. Feld (#222612)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

Attorneys for Defendant
PLAYTEX PRODUCTS, INC.

FILED
07 NOV -7 PM 2:28
CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DAVID PAZ, an individual and on behalf of all others similarly situated,

    Plaintiff,

vs.

PLAYTEX PRODUCTS, INC., a Delaware Corporation, and Does 1 through 100, inclusive

    Defendants.

CASE NO.: '07 CV 2133 JM (BLM)

Originally filed in the Superior Court for the State of California, County of San Diego Case No.: 37-2007-00075921-CU-BT-CTL

**DEFENDANT PLAYTEX PRODUCTS, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

DATE OF FILING: SEPTEMBER 28, 2007
TRIAL DATE: NONE

Pursuant to Civil Local Rule 40.2, Defendant Playtex Products, Inc. states that Energizer Holdings, Inc. is the owner of 100% of the stock of Playtex Products, Inc.

Dated: November 7, 2007

SNELL & WILMER L.L.P.

By: _____
Ellen L. Darling
Samantha K. Feld
Attorneys for Defendant
Playtex Products, Inc.

554461.1

PLAYTEX PRODUCTS, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On _Nov. 7_, 2007 I served, in the manner indicated below, the foregoing document described as:

**DEFENDANT PLAYTEX PRODUCTS, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| PLAINTIFF COUNSEL | John H. Donboli, Esq.<br>J.L. Sean Slattery, Esq.<br>Del Mar Law Group, LLP<br>322 Eighth Street, Suite 101<br>Del Mar, California 92014<br>858.793.6244<br>858.793.6005, fax |
|---|---|

✓ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. §1013(a)(3)).

✓ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on _Nov. 7_, 2007, at Costa Mesa, California.

_Cheryl Wynn_

554461.1

- 2 -