1  JOHN DONBOLI (SBN: 205218)
   jdonboli@delmarlawgroup.com
2  JL SEAN SLATTERY (SBN: 210965)
   sslattery@delmarlawgroup.com
3  DEL MAR LAW GROUP, LLP
   322 8th Street, Suite 101
4  Del Mar, CA 92014
   Telephone: (858) 793-6244
5  Facsimile: (858) 793-6005

6  Attorneys for Plaintiff: David Paz and all
   others similarly situated
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  DAVID PAZ, an individual and on behalf of all others similarly situated, | CASE NO. 3:07-cv-2133-JM-BLM |
| 11 | **CLASS ACTION** |
| 12          Plaintiff, | **NOTICE OF MOTION AND MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION** |
| 13     vs. | |
| 14  PLAYTEX PRODUCTS, INC., a Delaware Corporation, and DOES 1 through 100, inclusive, | ACCOMPANYING DOCUMENTS: Memorandum of Points and Authorities; Evidentiary Objections to Declaration of Brenda Liistro; Objections To and Request For An Order Striking Submission of Unrelated Decision |
| 15 | |
| 16          Defendants. | |
| 17 | |
| 18 | **[28 U.S.C. § 1447]** |
| 19 | Date:  December 14, 2007<br>Time:  1:30 p.m.<br>District Judge: Hon. Jeffrey T. Miller<br>Room/Floor: Room 16 / 5th Floor |
| 20 | |
| 21 | **[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]** |
| 22 | |
| 23 | |

24

25     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26     PLEASE TAKE NOTICE THAT on December 14, 2007 at 1:30 p.m. in Courtroom 16 of

27  the above-entitled court, or as soon thereafter as this matter may be heard, before the Honorable

28  Jeffrey T. Miller, plaintiff DAVID PAZ ("Plaintiff") will move the Court for an Order

---
-1-
NOTICE OF MOTION AND MOTION FOR REMAND
CASE NO. 3:07-CV-2133-JM-BLM

1  remanding this action to the Superior Court for the State of California, County of San Diego.
2  The basis for this Motion is that this Court lacks federal subject matter jurisdiction over this
3  matter.
4      This Motion is supported by the accompanying Memorandum of Points and Authorities
5  in support of the Motion, the Evidentiary Objections to the Declaration of Brenda Liistro,
6  Plaintiff's Objections to and Request For An Order Striking Defendant's Submission of
7  Unrelated Decision and References Thereto, the papers, pleadings and records on file in this
8  action, and upon such oral and documentary evidence as may be presented to the Court in
9  connection with this Motion.

10 Dated: November 13, 2007        Respectfully submitted,

11                                        DEL MAR LAW GROUP, LLP

13                             by s/John H. Donboli
14                                JOHN H. DONBOLI
                               E-mail: jdonboli@delmarlawgroup.com
15                                JL SEAN SLATTERY
                               Attorneys for Plaintiff DAVID PAZ, an individual
16                                and on behalf of all others similarly situated

17

18

19

20

21

22

23

24

25

26

27

28