| UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):            Telephone No.<br>John H. Donboli  (SBN 205218)             Tel:  (858) 793-6244<br>J.L. Sean Slattery (SBN 210965)           Fax  (858) 793-6005<br>DEL MAR LAW GROUP, LLP<br>322 8th Street, Suite 101<br>Del Mar, CA 92014 | |
| SHORT CASE TITLE<br>PAZ v. PLAYTEX PRODUCTS, INC. | JUDGE:  HON. JEFFREY T. MILLER<br>DEPT:    16 |
| ATTORNEYS FOR PLAINTIFF<br>DAVID PAZ | Case No.<br>3:07-cv-2133-JM-BLM |

## PROOF OF SERVICE

I, the undersigned, say:  I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause.  My business address is 322 8th Street, Suite 101, Del Mar, California 92014.

On November 13, 2007, I served the following document(s):

**(1) NOTICE OF MOTION AND MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION;**

**(2) MEMORANDUM OF POINTS OF AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION;**

**(3) PLAINTIFF'S EVIDENTIARY OBJECTIONS TO DECLARATION OF BRENDA LIISTRO IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL;**

**(4) PLAINTIFF'S OBJECTIONS TO AND REQUEST FOR AN ORDER STRIKING DEFENDANT'S SUBMISSION OF UNRELATED ORDER AND REFERENCES THERETO IN DEFENDANT'S NOTICE OF REMOVAL.**

To the following recipients who are addressed as follows:

    Ellen L. Darling
    Samantha K. Feld
    SNELL & WILMER L.L.P.
    600 Anton Boulevard, Suite 1400
    Costa Mesa, CA 92626-7689
    714.427.7000 Phone
    714.427.7799 Facsimile
    www.swlaw.com

( x )      BY ELECTRONIC FILING.  I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing System for the above-entitled case.  The Case Filing Receipt will be maintained with the original document(s) in our office.

-1-

PROOF OF SERVICE

-2-

1   I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

2

3   Executed on November 13, 2007.

                                              s/John H. Donboli
                                              John H. Donboli
                                              jdonboli@delmarlawgroup.com

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

PROOF OF SERVICE