1  Ellen L. Darling (#149627)
   Samantha K. Feld (#222612)
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, California 92626-7689
   (714) 427-7000
4  edarling@swlaw.com
   sfeld@swlaw.com
5
   Attorneys for Defendant
6  PLAYTEX PRODUCTS, INC.
7

8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  DAVID PAZ, an individual and on behalf of all others similarly situated, | CASE NO.: 07CV2133 JM (BLM) |
| 12 | Honorable Jeffrey T. Miller<br>Courtroom 16 |
| 13           Plaintiff, | **DEFENDANT PLAYTEX PRODUCTS, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FRCP 12(b)(6)]** |
| 14  vs. | |
| 15  PLAYTEX PRODUCTS, INC., a Delaware Corporation, and Does 1 through 100, inclusive | |
| 16 | [Filed Concurrently With Memorandum Of Points And Authorities In Support Thereof; Declaration of Brenda Liistro In Support Of Motion To Dismiss; Declaration of Ellen Darling In Support Of Motion To Dismiss] |
| 17           Defendants. | |
| 18 | |
| 19 | |
| 20 | Date:      12/28/07<br>Time:      1:30 p.m.<br>Courtroom: 16 |
| 21 | |
| 22 | Date of Removal:    11/07/07<br>Trial Date: None |
| 23 | |

24  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

25       PLEASE TAKE NOTICE THAT on December 28, 2007, at 1:30 p.m., or as

26  soon thereafter as the matter may be heard in Courtroom 16 of the above-entitled

27  court, located at 940 Front Street, San Diego, California, 92101, Defendant Playtex

28  Products, Inc. ("Playtex") through its counsel, Snell & Wilmer LLP, will move to

1  dismiss Plaintiff's Complaint in its entirety, without leave to amend, on the grounds
2  that all of his causes of action fail as a matter of law.
3      This Motion to Dismiss is made pursuant to Federal Rule of Civil Procedure
4  12(b)(6) on the grounds that Plaintiff's Complaint fails to state a claim upon which
5  relief may be granted against Playtex.
6      Plaintiff's Complaint does not set forth a single fact that establishes any
7  cause of action against Playtex. Specifically, Plaintiff fails to plead facts necessary
8  to give Playtex notice about which of its spill-proof cups are at issue in this lawsuit.
9  Not only is Plaintiff required to give Playtex this notice, but to the extent that
10 Plaintiff purchased cups that contain parts that were entirely or substantially made,
11 manufactured and produced in the United States, all of Plaintiff's claims fail as a
12 matter of law and cannot be cured by amendment. Cal. Bus. & Prof. Code
13 § 17533.7.
14     Along the same lines, all of Plaintiff's causes of action are grounded in fraud;
15 however, Plaintiff fails to plead the facts necessary to satisfy the heightened
16 pleading requirements applicable to claims for fraud, as set forth by Fed. R. Civ.
17 P. 9(b).
18     Additionally, Plaintiff lacks standing under the Unfair Competition Law, the
19 False Advertising Law, and the Consumer Legal Remedies Act because Plaintiff
20 does not allege any injury or plead any facts to support any "injury in fact."
21 Plaintiff's CLRA claims further fail because Plaintiff failed to provide sufficient
22 notice of the alleged violations pursuant to California Civil Code section 1782(a),
23 and to comply with the specific pleading requirements set forth in section 1780(c).
24 ///
25 ///
26 ///
27 ///
28 ///

553807.3

2   Case No. 07CV2133 JM (BLM)

PLAYTEX'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1       This Motion to Dismiss is based on this Notice of Motion and Motion, the
2  Memorandum of Points and Authorities, the Declarations of Brenda Liistro and
3  Ellen Darling, the pleadings and papers on file in this action, and such other
4  arguments as may be properly received by the Court.

6  Dated: November 13, 2007          SNELL & WILMER L.L.P.

8                                  By://s//Samantha K. Feld
9                                  Ellen L. Darling
                                  Samantha K. Feld
10                                Attorneys for Defendant
11                                PLAYTEX PRODUCTS, INC.
                               email: sfeld@swlaw.com

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

553807.3                            3                     Case No. 07CV2133 JM (BLM)
PLAYTEX'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT