```
Ellen L. Darling (#149627)
Samantha K. Feld (#222612)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

Attorneys for Defendant
PLAYTEX PRODUCTS, INC.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAZ, an individual and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PLAYTEX PRODUCTS, INC., a Delaware Corporation, and Does 1 through 100, inclusive<br><br>    Defendants. | CASE NO.: 07CV2133 JM (BLM)<br><br>Honorable Jeffrey T. Miller<br>Courtroom 16<br><br>**DECLARATION OF BRENDA LIISTRO IN SUPPORT OF DEFENDANT PLAYTEX PRODUCTS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Filed Concurrently With Playtex's Motion to Dismiss; Declaration of Ellen L. Darling]<br><br>Date:         12/28/07<br>Time:         1:30 p.m.<br>Courtroom:    16<br><br>Date of Removal: 11/07/07<br>Trial Date:      None |

I, Brenda Liistro, declare as follows:

   1.   I am the Vice President, Director, Infant Care for Defendant Playtex Products, Inc. ("Playtex"). I have been employed by Playtex for approximately 15 years. In my position as Vice President, Infant Care, I am familiar with and receive information about Playtex infant products, including Playtex spill-proof cups.

1  Based on my familiarity with that information and my employment at Playtex, I
2  make this Declaration in Support of Playtex's Motion to Dismiss Plaintiff's
3  Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6).
4      2.   Playtex currently manufactures 14 spill-proof cups that are sold in
5  California.

7  I declare under penalty of perjury that the foregoing is true and correct.
8  Executed this 12th day of November at Westport, Connecticut.

*Brenda Liistro*