| UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT | COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address):  Telephone No.<br>John H. Donboli  (SBN 205218)         Tel:  (858) 793-6244<br>J.L. Sean Slattery (SBN 210965)        Fax  (858) 793-6005<br>DEL MAR LAW GROUP, LLP<br>322 8th Street, Suite 101<br>Del Mar, CA 92014 | |
| SHORT CASE TITLE<br>PAZ v. PLAYTEX PRODUCTS, INC. | JUDGE: HON. JEFFREY T. MILLER<br>DEPT:    16 |
| ATTORNEYS FOR PLAINTIFF<br>DAVID PAZ | Case No.<br>3:07-cv-2133-JM-BLM |

# PROOF OF SERVICE

I, the undersigned, say:  I am over 18 years of age, employed in the County of San Diego, California, in which the within-mentioned service occurred; and that I am not a party to the subject cause.  My business address is 322 8th Street, Suite 101, Del Mar, California 92014.

On December 6, 2007, I served the following document(s):

**PLAINTIFF'S <u>REPLY</u> TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION**

To the following recipients who are addressed as follows:

Ellen L. Darling
Samantha K. Feld
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
714.427.7000 Phone
714.427.7799 Facsimile
www.swlaw.com

( x )     BY ELECTRONIC FILING.  I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing System for the above-entitled case.  The Case Filing Receipt will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct.

Executed on December 6, 2007.

                                                        s/Kaia R. Gilbert
                                                        Kaia R. Gilbert
                                                        kgilbert@delmarlawgroup.com