```
 1  Ellen L. Darling (#149627)
    Samantha K. Feld (#222612)
 2  SNELL & WILMER L.L.P.
    600 Anton Boulevard, Suite 1400
 3  Costa Mesa, California 92626-7689
    (714) 427-7000
 4  edarling@swlaw.com
    sfeld@swlaw.com
 5
    Attorneys for Defendant
 6  PLAYTEX PRODUCTS, INC.
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAZ, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PLAYTEX PRODUCTS, INC., a Delaware Corporation, and Does 1 through 100, inclusive<br><br>Defendants. | CASE NO.: 07CV2133 JM (BLM)<br><br>Honorable Jeffrey T. Miller<br>Courtroom 16<br><br>**JOINT MOTION TO CONTINUE THE DECEMBER 28, 2007 HEARING ON DEFENDANT PLAYTEX PRODUCTS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**<br><br>New<br>Hearing Date:  January 18, 2008<br>Time:          1:30 p.m.<br>Courtroom:     16<br><br>Date of Removal:  November 7, 2007<br>Trial Date:       None |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff David Paz ("Plaintiff") and Defendant Playtex Products, Inc. ("Playtex") (collectively, "the Parties"), hereby jointly move this Court for an Order continuing the December 28, 2007 hearing on Playtex's Motion to Dismiss Plaintiff's Complaint to January 18, 2008, at 1:30 p.m., in Courtroom 16 of the above-entitled Court, located at 940 Front Street, San Diego, California, 92101.

560110.2                                                    Case No. 07CV2133 JM (BLM)

JOINT MOTION TO CONTINUE HEARING ON PLAYTEX'S MOTION TO DISMISS

The Parties also request that the briefing schedule on Playtex's Motion to Dismiss be continued in accordance with Civil Local Rule 7.1(e)(2) and the new hearing date.

Pursuant to the signed stipulation between the Parties, attached hereto as Exhibit "A," good cause exists to grant this Joint Motion on the following grounds:

1. This case was originally filed in the Superior Court of California, County of San Diego, on September 28, 2008. On November 7, 2007, Playtex removed the action to the United States District Court for the Southern District of California, pursuant to 28 U.S.S.C. §§1332, 1441, 1446, and 1453.

2. On November 13, 2007, Playtex filed a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Playtex's Motion is currently scheduled to be heard on December 28, 2007.

3. On the same day that Playtex filed its Motion to Dismiss, Plaintiff filed a Motion to Remand the action to the San Diego County Superior Court. The hearing on Plaintiff's Motion to Remand was scheduled for December 14, 2007.

4. On December 11, 2007, the parties received notice that the Court has taken Plaintiff's Motion to Remand under submission, and the Court vacated the December 14, 2007, hearing date.

5. Accordingly, since the Court has yet to rule upon Plaintiff's Motion to Remand, and in the interests of judicial economy, the parties agree and request an Order, pursuant to Civil Local Rules 7.1(g)(2) and 7.2, to continue the hearing on Playtex's Motion to Dismiss.

For the reasons set forth herein, the Parties respectfully request that this Court continue the December 28, 2007 hearing on Playtex's Motion to Dismiss to

560110.2                           - 2 -                    Case No. 07CV2133 JM (BLM)
JOINT MOTION TO CONTINUE HEARING ON PLAYTEX'S MOTION TO DISMISS

1  January 18, 2008, at 1:30 p.m. in Courtroom 16 of the above-entitled Court, and
2  continue the briefing schedule for the Motion to Dismiss in accordance with Civil
3  Local Rule 7.1(e)(2) and the January 18, 2008 hearing date.
4
5  Dated: December 14, 2007                SNELL & WILMER L.L.P.
6
7                                          By: //s//Samantha K. Feld
8                                             Ellen L. Darling
                                              Samantha K. Feld
9                                             Attorneys for Defendant
10                                            PLAYTEX PRODUCTS, INC.
                                              sfeld@swlaw.com
11
12
13 Dated:  December 14, 2007               DEL MAR LAW GROUP, L.L.P.
14
15                                         By: //s//John H. Donboli
16                                            John H. Donboli
                                              Attorney for Plaintiff
17                                            DAVID PAZ
18                                            jdonboli@delmarlawgroup.com

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

**EXHIBIT A**

428710.1

1  Ellen L. Darling (#149627)
   Samantha K. Feld (#222612)
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, California 92626-7689
   (714) 427-7000
4  edarling@swlaw.com
   sfeld@swlaw.com
5
   Attorneys for Defendant
6  PLAYTEX PRODUCTS, INC.

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | DAVID PAZ, an individual and on    | CASE NO.: 07CV2133 JM (BLM)
   | behalf of all others similarly
12 | situated,                          | Honorable Jeffrey T. Miller
   |                                    | Courtroom 16
13 |           Plaintiff,
   |                                    | **STIPULATION AND [PROPOSED]**
14 | vs.                                | **ORDER TO CONTINUE THE**
   |                                    | **DECEMBER 28, 2007 HEARING ON**
15 | PLAYTEX PRODUCTS, INC., a          | **DEFENDANT PLAYTEX**
   | Delaware Corporation, and Does 1   | **PRODUCTS, INC.'S MOTION TO**
16 | through 100, inclusive             | **DISMISS PLAINTIFF'S**
   |                                    | **COMPLAINT**
17 |           Defendants.
   |                                    | Date of Removal:   11/07/07
18 |                                    | Trial Date:        None

19

20

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

---

559746.2                                STIPULATION TO CONTINUE THE HEARING
                                        ON PLAYTEX'S MOTION TO DISMISS

     Defendant Playtex Products, Inc. ("Playtex") and Plaintiff David Paz ("Plaintiff"), through their respective counsel of record, hereby stipulate and agree to the following:

1. This case was originally filed in the Superior Court of California, County of San Diego, on September 28, 2008. On November 7, 2007, Playtex removed the action to the United States District Court for the Southern District of California, pursuant to 28 U.S.S.C. §§1332, 1441, 1446, and 1453.

2. On November 13, 2007, Playtex filed a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). That Motion is scheduled to be heard on December 28, 2007.

3. On the same day that Playtex filed its Motion to Dismiss, Plaintiff David Paz filed a Motion to Remand the action to the San Diego County Superior Court. The hearing on Plaintiff's Motion to Remand was scheduled for December 14, 2007.

4. On December 11, 2007, the parties received notice that the Court has taken Plaintiff's Motion to Remand under submission, and the Court vacated the December 14, 2007 hearing date.

5. Accordingly, since the Court has not yet ruled upon Plaintiff's Motion to Remand, and in the interests of judicial economy, the parties agree and request an Order, pursuant to Civil Local Rules 7.1(g)(2) and 7.2, to continue the hearing on Playtex's Motion to Dismiss to January 18, 2008, at 1:30 p.m., in the above-referenced Court.

///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated: December 14, 2007          SNELL & WILMER L.L.P.

                                  By: _____S. Feld_____
                                  Ellen L. Darling
                                  Samantha K. Feld
                                  Attorneys for Defendant
                                  PLAYTEX PRODUCTS, INC.

Dated: December 12, 2007          Del Mar Law Group, L.L.P.

                                  By: _____
                                  John H. Donboli
                                  Attorney for Plaintiff
                                  DAVID PAZ

**IT IS SO ORDERED.**

                                  _____
                                  Honorable Jeffrey T. Miller
                                  United States District Judge
                                  Southern District of California

559746.2

- 3 -                             STIPULATION TO CONTINUE THE HEARING
                                  ON PLAYTEX'S MOTION TO DISMISS

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On December 14, 2007, I served, in the manner indicated below, the foregoing document described as:

**JOINT MOTION TO CONTINUE THE DECEMBER 28, 2007 HEARING ON DEFENDANT PLAYTEX PRODUCTS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**

on the interested parties in this action:

| PLAINTIFF COUNSEL | John H. Donboli, Esq.<br>J.L. Sean Slattery, Esq.<br>Del Mar Law Group, LLP<br>322 Eighth Street, Suite 101<br>Del Mar, California 92014<br>858.793.6244<br>858.793.6005, fax |
|---|---|

X   BY E-FILING: I caused such document to be sent electronically to the court; pursuant to the Southern District of California Electronic Case Filing Administrative Policies and Procedures, Section 2.d., electronic filing constitutes service upon the parties.

X   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on December 14, 2007, at Costa Mesa, California.

//s//Cheryl Wynn
Cheryl Wynn