1    Ellen L. Darling (#149627)
      Samantha K. Feld (#222612)
2    SNELL & WILMER L.L.P.
      600 Anton Boulevard, Suite 1400
3    Costa Mesa, California 92626-7689
      (714) 427-7000
4    edarling@swlaw.com
      sfeld@swlaw.com
5

      Attorneys for Defendant
6    PLAYTEX PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAZ, an individual and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>vs.<br><br>PLAYTEX PRODUCTS, INC., a Delaware Corporation, and Does 1 through 100, inclusive<br><br>         Defendants. | CASE NO.: 07CV2133 JM (BLM)<br><br>Honorable Jeffrey T. Miller<br>Courtroom 16<br><br>**DEFENDANT PLAYTEX PRODUCTS, INC.'S <u>AMENDED</u> NOTICE OF HEARING ON DEFENDANT PLAYTEX PRODUCT INC.,'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br><u>New</u><br>Hearing Date: January 18, 2008<br>Time: 1:30 p.m.<br>Courtroom: 16<br><br>Date of Removal: November 7, 2007<br>Trial Date: None |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that, pursuant to the signed Stipulation between the parties (attached as Exhibit "A"), the December 28, 2007 hearing on Defendant Playtex Products Inc.'s Motion to Dismiss Plaintiff's Complaint has been continued to January 18, 2008, at 1:30 p.m., in Courtroom 16 of the above-entitled Court located at 940 Front Street, San Diego, California, 92101. Any opposition and

1 | reply to Playtex's Motion to Dismiss shall be filed and served in accordance with
2 | Civil Local Rule 7.1(e).

4 | Dated: December 14, 2007                    SNELL & WILMER L.L.P.

By://Samantha K. Feld
Ellen L. Darling
Samantha K. Feld
Attorneys for Defendant
PLAYTEX PRODUCTS, INC.
email: sfeld@swlaw.com

**EXHIBIT A**

428710.1

1 | Ellen L. Darling (#149627)
  | Samantha K. Feld (#222612)
2 | SNELL & WILMER L.L.P.
  | 600 Anton Boulevard, Suite 1400
3 | Costa Mesa, California 92626-7689
  | (714) 427-7000
4 | edarling@swlaw.com
  | sfeld@swlaw.com
5 |
  | Attorneys for Defendant
6 | PLAYTEX PRODUCTS, INC.

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| DAVID PAZ, an individual and on behalf of all others similarly situated, | CASE NO.: 07CV2133 JM (BLM) |
| | Honorable Jeffrey T. Miller |
| | Courtroom 16 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DECEMBER 28, 2007 HEARING ON DEFENDANT PLAYTEX PRODUCTS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| PLAYTEX PRODUCTS, INC., a Delaware Corporation, and Does 1 through 100, inclusive | |
| Defendants. | |
| | Date of Removal: 11/07/07 |
| | Trial Date:  None |

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

559746.2

STIPULATION TO CONTINUE THE HEARING
ON PLAYTEX'S MOTION TO DISMISS

Defendant Playtex Products, Inc. ("Playtex") and Plaintiff David Paz ("Plaintiff"), through their respective counsel of record, hereby stipulate and agree to the following:

1. This case was originally filed in the Superior Court of California, County of San Diego, on September 28, 2008. On November 7, 2007, Playtex removed the action to the United States District Court for the Southern District of California, pursuant to 28 U.S.S.C. §§1332, 1441, 1446, and 1453.

2. On November 13, 2007, Playtex filed a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). That Motion is scheduled to be heard on December 28, 2007.

3. On the same day that Playtex filed its Motion to Dismiss, Plaintiff David Paz filed a Motion to Remand the action to the San Diego County Superior Court. The hearing on Plaintiff's Motion to Remand was scheduled for December 14, 2007.

4. On December 11, 2007, the parties received notice that the Court has taken Plaintiff's Motion to Remand under submission, and the Court vacated the December 14, 2007 hearing date.

5. Accordingly, since the Court has not yet ruled upon Plaintiff's Motion to Remand, and in the interests of judicial economy, the parties agree and request an Order, pursuant to Civil Local Rules 7.1(g)(2) and 7.2, to continue the hearing on Playtex's Motion to Dismiss to January 18, 2008, at 1:30 p.m., in the above-referenced Court.

///
///
///
///
///
///

1  **IT IS SO STIPULATED**.

3  Dated: December 14, 2007          SNELL & WILMER L.L.P.

                                      By: _____S. Feld_____
                                      Ellen L. Darling
                                      Samantha K. Feld
                                      Attorneys for Defendant
                                      PLAYTEX PRODUCTS, INC.

10 Dated: December 12, 2007          Del Mar Law Group, L.L.P.

                                      By: _____
                                      John H. Donboli
                                      Attorney for Plaintiff
                                      DAVID PAZ

16 ~~IT IS SO ORDERED.~~

                                      _____
                                      Honorable Jeffrey T. Miller
                                      United States District Judge
                                      Southern District of California

*Snell & Wilmer L.L.P.*
*LAW OFFICES*
*600 Anton Boulevard, Suite 1400*
*Costa Mesa, California 92626-7689*
*(714) 427-7000*

559746.2                             STIPULATION TO CONTINUE THE HEARING
                         - 3 -       ON PLAYTEX'S MOTION TO DISMISS

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On December 14, 2007 I served, in the manner indicated below, the foregoing document described as:

**DEFENDANT PLAYTEX PRODUCTS, INC.'S AMENDED NOTICE OF HEARING ON DEFENDANT PLAYTEX PRODUCT INC.,'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

on the interested parties in this action:

| PLAINTIFF COUNSEL | John H. Donboli, Esq. <br> J.L. Sean Slattery, Esq. <br> Del Mar Law Group, LLP <br> 322 Eighth Street, Suite 101 <br> Del Mar, California 92014 <br> 858.793.6244 <br> 858.793.6005, fax |
|---|---|

__X__   BY E-FILING: I caused such document to be sent electronically to the court; pursuant to the Southern District of California Electronic Case Filing Administrative Policies and Procedures, Section 2.d., electronic filing constitutes service upon the parties.

__X__   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on December 14, 2007, at Costa Mesa, California.

//s//Cheryl Wynn
Cheryl Wynn

- 3 -   Case No. 07CV2133 JM (BLM)

DEFENDANT PLAYTEX PRODUCTS' AMENDED NOTICE OF HEARING RE MOTION TO DISMISS