# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAZ,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>PLAYTEX PRODUCTS, INC., et al.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 07 CV 2133 JM (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE ON MOTION TO DISMISS** |

　　　　Having considered the joint motion to continue the December 28, 2007 hearing on defendant Playtex Products, Inc.'s motion to dismiss, the court hereby **ORDERS** that the hearing be continued to January 18, 2008 at 1:30 pm in Courtroom 16.  The briefing schedule on the motion to dismiss is also continued in accordance with this new hearing date.

**IT IS SO ORDERED.**

**DATED: December 20, 2007**

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　**Hon. Jeffrey T. Miller**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

cc:　　　　All parties

- 1 -

07cv2133