JOHN DONBOLI (SBN: 205218)
jdonboli@delmarlawgroup.com
JL SEAN SLATTERY (SBN: 210965)
sslattery@delmarlawgroup.com
DEL MAR LAW GROUP, LLP
322 8th Street, Suite 101
Del Mar, CA 92014
Telephone: (858) 793-6244
Facsimile: (858) 793-6005

Attorneys for Plaintiff: DAVID PAZ, an individual and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PAZ, an individual and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PLAYTEX PRODUCTS, INC., a Delaware Corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. 3:07-cv-2133-JM-BLM <br><br> **CLASS ACTION** <br><br> **AFFIDAVIT OF VENUE** <br><br> **[California Civil Code § 1780(c)]** <br><br><br> District Judge: Hon. Jeffrey T. Miller <br> Room/Floor: Room 16 / 5th Floor |

I, David Paz, declare as follows:

1.  I am an individual residing in San Diego County. I am the proposed class representative in the above-captioned litigation matter. I have personal knowledge of all matters set forth herein and could competently testify thereto if called to do so at the time of any hearing or trial in this case, except as to those matters averred on information and belief, which I believe to be true. This affidavit is provided in support of what I understand to be statutory requirements under California law (i.e., California Civil Code § 1780(c)).

2.  The transactions that form the basis of this action (i.e., my purchase of the Playtex

"Insulator" spill proof cup) occurred in San Diego County. (True and correct copies of images of the Playtex "Insulator" cup at issue in this lawsuit are attached hereto and marked as Exhibit "A"). To the best of my recollection, the transactions at issue herein occurred in either June or July of 2007.

3. The Class Action Complaint, which I authorized to be filed, contains a cause of action for violation of the Consumers Legal Remedies Act as against defendants Playtex Products, Inc. and DOES 1 through 100.

4. As per the foregoing assertions, this cause of action has been commenced in the proper county or judicial district for trial, which is San Diego County.

I declare under penalty of perjury pursuant to the laws of California and the United States of America, that the foregoing is true and correct and that this declaration was executed on January 4, 2008, at Del Mar, California.

David Paz

**Exhibit "A"**







